In the Matter of SAMUEL H. KORNBLUTH, Respondent, against WILLIAM G. RICE et al., Constituting the New York State Civil Service Commission et al., Appellants.

Argued September 30, 1937; decided October 19, 1937.

598

*Joseph M. Proskauer* and *A. Michael Katz* for Harry Roistacher, appellant.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *Patrick H. Clune* of counsel), for State Civil Service Commission, appellant.

*J. Alvin Van Bergh* for Meyer Jacobs et al., *amici curiæ.*

*Roy P. Monohan* and *Francis L. Field* for respondent.

*George R. Fearon* for Disabled American Veterans of the World War, Department of New York, *amicus curiæ.*

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.